IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,             :

        Plaintiff,         :
    v.

JAMES LEE BOYD
                     :    97-CR-6014T
        Defendant.         :

_____

## ORDER

    This cause came on for consideration on motion of the United
States of America in accordance with the provisions of 18 U.S.C.
§3573 (amended November 18, 1988) for remission of the balance of
the fine imposed on May 1, 1998, in this cause; and the Court
having considered the motion is of the opinion that the motion is
well taken and the $513.01 balance of the fine imposed on May 1,
1998, against the above-named defendant, is hereby remitted.

    **THUS DONE AND SIGNED** this 29th day of June, 2006, at
Rochester, New York.

                              S/ MICHAEL A. TELESCA
                             MICHAEL A. TELESCA
                             United States District Judge